Rivera v Western Beef - Rosedale, Inc. (2026 NY Slip Op 50143(U))

[*1]

Rivera v Western Beef - Rosedale, Inc.

2026 NY Slip Op 50143(U)

Decided on February 11, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 11, 2026
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Brigantti, Alpert, JJ.

571526/25

Edwin Rivera, Plaintiff-Appellant, 
againstWestern Beef - Rosedale, Inc., Defendant-Respondent.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx County (Eliezer Rodriguez, J.), entered September 2, 2025, after a nonjury trial, in favor of defendant dismissing the complaint.

Per Curiam.
Judgment (Eliezer Rodriguez, J.), entered September 2, 2025, affirmed, without costs.
In reviewing a judgment from a bench trial, "the decision of the fact-finding court should not be disturbed on appeal unless it is obvious that the court's conclusions could not be reached under any fair interpretation of the evidence, especially when the findings of fact rest in large measure on considerations relating to the credibility of witnesses" (Claridge Gardens v Menotti, 160 AD2d 544, 544-545 [1990]). Applying that standard here, the court's dismissal after trial of plaintiff's complaint should not be disturbed. A fair interpretation of the evidence supports the court's determination that plaintiff failed to offer any credible evidence to establish that defendant negligently maintained the parking lot gate that came into contact with his vehicle as he backed out of a parking space. As the trial court held, plaintiff's own photographs showed that the gate had a "standard securing mechanism" that showed "no evidence of disrepair or malfunction." Plaintiff also admitted that he only checked his rearview mirror when backing out of the parking space and did not utilize his backup camera or side mirrors.
We also agree that plaintiff failed to adduce any competent evidence of damages.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 11, 2026